UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH M. YOUNG,<br><br>           Plaintiff,<br><br>    v.<br><br>MERCEDES-BENZ USA, LLC.<br><br>           Defendant. | Case No. 1:22-cv-00854-JLT-CDB<br><br>ORDER TO SHOW CAUSE IN WRITING WHY SANCTIONS SHOULD NOT BE IMPOSED FOR PLAINTIFF'S FAILURE TO COMPLY<br><br>THREE-DAY DEADLINE |

On July 11, 2022, Plaintiff initiated this action against Defendant. (Doc. 1). On March 29, 2023, the parties filed a notice of settlement. (Doc. 15). That same day, the Court issued an order directing the parties to file dispositional documents no later than April 19, 2023, pursuant to Local Rule 160(b). As of the date of this Order, the parties have failed to file dispositional documents for this case or make any filing seeking an extension of the time set by the Court to file dispositional documents.

Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions…within the inherent power of the Court." The Court has the inherent power to control its docket and may, in the exercise of that power, impose sanctions where appropriate, including dismissal of the action. *Bautista v. Los Angeles Cnty.*, 216 F.3d 837, 841 (9th Cir. 2000).

Accordingly, IT IS HEREBY ORDERED that within three days of entry of this order,

Plaintiff shall show cause in writing why sanctions, including monetary sanctions or dismissal, should not be imposed for Plaintiff's failure to timely file dispositional documents pursuant to Local Rule 160(b).  Failure to comply with this order will result in the imposition of sanctions.

IT IS SO ORDERED.

Dated:  **April 21, 2023**

UNITED STATES MAGISTRATE JUDGE